DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar #237432
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
MIGUEL CARRILLO-ALVARADO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. Cr.S-12-259-JAM |
| Plaintiff, ) | |
| ) | **STIPULATION AND ORDER;** |
| v. ) | **CONTINUING STATUS CONFERENCE** |
| ) | **AND EXCLUDING TIME** |
| MIGUEL CARRILLO-ALVARADO, ) | |
| ) | Date: September 11, 2012 |
| Defendant. ) | Time: 9:45 a.m. |
| _____ ) | Judge: Hon. John A. Mendez |

   IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, CHRISTOPHER HALES, Assistant United States Attorney, attorney for Plaintiff, and MATTHEW SCOBLE, attorney for MIGUEL CARRILLO-ALVARADO, that the status conference hearing date of September 4, 2012 be vacated, and the matter be set for status conference on September 11, 2012 at 9:45 a.m.

   The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

   Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be excluded from the date of signing of this order through and including September 11, 2012 pursuant to 18

U.S.C. §3161 (h)(7)(A) and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel and defense preparation.

DATED: August 27, 2012.				Respectfully submitted,

						DANIEL J. BRODERICK
						Federal Public Defender

						/s/ Matthew Scoble
						MATTHEW SCOBLE
						Designated Counsel for Service
						Attorney for MIGUEL CARRILLO-ALVARADO

DATED: August 27, 2012.				BENJAMIN WAGNER
						United States Attorney

						/s/ Matthew Scoble for
						CHRISTOPHER HALES
						Assistant U.S. Attorney
						Attorney for Plaintiff

ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the September 4, 2012, status conference hearing be continued to September 11, 2012, at 9:45 a.m.  Based on the representation of defense counsel and good cause appearing there from, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the September 11, 2012 status conference shall be excluded from computation

of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated: 8/27/2012

                                      /s/ John A. Mendez
                                      JOHN A. MENDEZ
                                      United States District Court Judge